```
 1  DEVIN DERHAM-BURK #104353
    CHAPTER 13 STANDING TRUSTEE
 2  P O Box 50013
    San Jose, CA 95150-0013
 3
    Telephone: (408) 354-4413
 4  Facsimile:  (408) 354-5513

 5  Trustee for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

ALDEN, WILLIAM DANIEL

ALDEN, LISA MARIE

       Debtor(s)

Chapter 13
Case No. 11-56556 SLJ

First Amended
TRUSTEE'S OBJECTION TO
CONFIRMATION WITH CERTIFICATE OF
SERVICE

Continued 341 Meeting Date and Time: October 24, 2011 @ 11:30 a.m.
Confirmation Date: N/A – Trustee's Pending List

Judge: Stephen L. Johnson

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Trustee is unable to determine whether the proposed term meets the requirements of 11 U.S.C. §1322(d). Section 1 of the Plan indicates that the debtors' plan payments are $50 for months one through six, then $300 for months seven through 12, then $1,000 for months 13 through 50, then $1,500 for months 49 through 60. Pursuant to Section 2(d) of the Plan, the term is estimated, and therefore, an Amended Plan must be filed to delete reference to the specific number of months the debtors will make plan payments of $1,500.

2. The Trustee questions the feasibility of the Plan pursuant to 11 U.S.C. §1325(a)(6), as there is a deficit in the debtors' budget of $79 per month, after they make their plan payments.  NOTE:  The debtors have omitted their homeowners' association dues from Schedule J.

3. The debtor has failed to appear and/or submit to examination under oath at the meeting of creditors under 11 U.S.C. §341(a).  Without conducting this examination, the Trustee is unable to adequately investigate the debtor's financial affairs as she is required to do pursuant to 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)).  In addition, until the debtor is examined by the Trustee, she is unable to recommend confirmation of the debtor's plan.  The Trustee requests that the debtor appear at a rescheduled meeting of creditors.

4. The debtor has failed to provide the Trustee with either or both 1) a government-issued photo identification, or 2) proof of a social security number.  *See* 11 U.S.C. §521(h). Without being able to establish the identity of the debtor, the Trustee is unable to adequately investigate the financial affairs of the debtor or recommend confirmation. The Trustee requests that the debtor provide her with verification of both identity and social security number.

Dated:  October 7, 2011                                                           /S/ Devin Derham-Burk

                                                                                                Chapter 13 Trustee

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |
| 2 | |
| 3 | I declare that I am over the age of 18 years, not a party to the within case; my business |
| 4 | address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the |
| 5 | within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at |
| 6 | Los Gatos, California on October 7, 2011. |
| 7 | Said envelopes were addressed as follows: |

| William Daniel Alden | Anita Steburg |
|---|---|
| Lisa Marie Alden | Steburg Law Firm |
| 958 Sunbonnet Lp | 1798 Technology Dr #258 |
| San Jose, CA  95125 | San Jose, CA  95110 |

/S/ Karen B. Huston
Office of Devin Derham-Burk, Trustee